**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INFINEON TECHNOLOGIES AG,<br>a German corporation,<br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>VOLTERRA SEMICONDUCTOR<br>CORPORATION,<br>a Delaware corporation,<br><br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 10-00047-GMS |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by Plaintiff and Defendant, subject to approval of this Court, that the date by which VOLTERRA SEMICONDUCTOR CORPORATION may answer, move or otherwise plead in response to the Complaint shall be extended to March 16, 2010.  The extension was necessitated by need to retain local Delaware counsel and to gather information regarding allegations in the Complaint.


/NealC. Belgam/                                

Neal C. Belgam
Del. Bar # 2721
PROCTOR HEYMAN LLP
1116 N. West Street
Wilmington, DE  19801
(302) 472-7300



Attorneys for Plaintiff,
Infineon Technologies AG


/Patricia S. Rogowski/                          

Patricia Smink Rogowski
Del. Bar # 2632
Arthur G. Connolly, III
Del. Bar # 2667
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
Attorneys for Defendant,
Volterra Semiconductor Corporation


SO ORDERED this _____ day of March, 2010.


                                                

United States District Judge

760386v1(CB)