IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINEON TECHNOLOGIES AG | CASE NO. CV-11-6239 EDL |
| Plaintiff, | ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| VOLTERRA SEMICONDUCTOR CORPORATION | |
| Defendant. | |

Jeffrey D. Baxter, whose business address and telephone number is Baker Botts LLP, 2001 Ross Avenue, Dallas, TX 75201, 214-953-6791

and who is an active member in good standing of the bar of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Infineon Technologies AG

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 9, 2012

Honorable Elizabeth D. Laporte
United States Magistrate Judge