United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INFINEON TECHNOLOGIES AG,

     Plaintiff,

  v.

VOLTERRA SEMICONDUCTOR
CORPORATION,

     Defendant.

                               /

No. C 11-6239 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO SHORTEN TIME**

     Pursuant to Civil Local Rule 72-1, plaintiff Infineon Technologies AG's Motion to Shorten Time, filed May 17, 2012, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

     Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

     **IT IS SO ORDERED**.

Dated: May 18, 2012

_____
MAXINE M. CHESNEY
United States District Judge