IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, | No. C-11-6239 MMC |
| Plaintiff, | **ORDER VACATING JULY 6, 2012 HEARING ON DEFENDANT VOLTERRA SEMICONDUCTOR CORPORATION'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT** |
| v. | |
| VOLTERRA SEMICONDUCTOR CORPORATION, | |
| Defendant. | |

Before the Court is defendant Volterra Semiconductor Corporation's ("Volterra") motion, filed June 1, 2012, to dismiss the First Amended Complaint or, in the alternative, for a more definite statement. Plaintiff Infineon Technologies AG has filed opposition thereto, to which Volterra has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and hereby VACATES the hearing scheduled for July 6, 2012.

**IT IS SO ORDERED.**

Dated: July 3, 2012

MAXINE M. CHESNEY
United States District Judge