United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INFINEON TECHNOLOGIES AG,

    Plaintiff,

v.

VOLTERRA SEMICONDUCTOR CORPORATION,

    Defendant.

No. C 11-6239 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE RYU DEFENDANT'S MOTION TO STRIKE INSUFFICIENT INFRINGEMENT CONTENTIONS AND TO STAY DISCOVERY, DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL, PLAINTIFF'S MOTION TO STRIKE, PLAINTIFF'S MOTION TO ALTER TIME, AND DEFENDANT'S RESPONSE TO MOTION TO ALTER / COUNTER-MOTION TO ALTER INVALIDITY CONTENTION DEADLINE**

Pursuant to Civil Local Rule 72-1, (1) defendant's "Motion to Strike Insufficient Infringement Contentions and to Stay Discovery," filed July 6, 2012, (2) defendant's "Administrative Motion to File Under Seal," also filed July 6, 2012, (3) plaintiff's "Motion to Strike," filed July 9, 2012, (4) plaintiff's "Motion to Alter Time," filed July 10, 2012, and (5) defendant's "Response to Plaintiff Infineon Technologies AG's Motion to Alter Time and Counter-Motion to Alter the Current Deadline for Volterra to Provide its Invalidity Contentions," filed July 11, 2012,[1] are hereby REFERRED to Magistrate Judge Donna M. Ryu, to whom all discovery matters previously were referred.

---

[1] Because the timing and merits of the other filings referenced above likely will bear on the merits of defendant's counter-motion, the Court finds Magistrate Judge Ryu is in the best position to rule on said counter-motion.

The parties will be advised of the next appearance, if any, by Magistrate Judge Ryu's chambers.

**IT IS SO ORDERED**.

Dated: July 11, 2012

_____
MAXINE M. CHESNEY
United States District Judge