United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINEON TECHNOLOGIES, | No. C 11-06239 MMC (DMR) |
| Plaintiff(s), | **ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DOCKET NO. 95] AND MOTION TO STRIKE [DOCKET NO. 96], AND PLAINTIFF'S MOTION TO STRIKE [DOCKET NO. 98] AND MOTION TO SHORTEN TIME [DOCKET NO. 99] WITHOUT PREJUDICE, AND ORDERING PARTIES TO MEET AND CONFER** |
| v. | |
| VOLTERRA SEMICONDUCTOR, | |
| Defendant(s). | |
| _____/ | |

The court is in receipt of Defendant Volterra Semiconductor Corp.'s Administrative Motion to File Under Seal and Motion to Strike, and Plaintiff Infineon Technologies AG's Motion to Strike and Motion to Shorten Time. [Docket Nos. 95-96, 98-99.] The court DENIES Defendant's motions without prejudice and DENIES Plaintiff's motions as moot.

The court hereby ORDERS the parties to meet and confer in person at the Oakland Courthouse at 9:30 a.m. on a date of the parties' choosing, between July 23 and July 30, 2012. The parties shall notify the court of their agreed date no later than July 18, 2012 by calling chambers at 510-637-1006. Those counsel with the principal responsibility for preparing and responding to Plaintiff's Infringement Contentions must be present and shall be prepared to meet and confer for the entire day, if necessary.

1  The court further ORDERS that Plaintiff shall serve revised Infringement Contentions by
2  August 6, 2012.  Defendant shall file any responsive motion by August 13, 2012, with an
3  appropriately noticed hearing date.
4  The court further ORDERS that the deadline for Defendant to serve its Invalidity
5  Contentions be extended until 30 days after Plaintiff serves its revised Infringement Contentions or
6  the court resolves any related motions, whichever is later.

8  IT IS SO ORDERED.

10 Dated:  July 16, 2012



_____
DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2