James W. Morando (State Bar No. 087896)
jmorando@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
jfisher@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
VOLTERRA SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, a German corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. CV 11-06239 MMC (DMR)<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT VOLTERRA SEMICONDUCTOR CORPORATION'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF MOTION, THE DECLARATION OF DAVID LIDSKY, AND EXHIBITS B AND C TO THE DECLARATION OF JAMES W. MORANDO FILED IN SUPPORT OF DEFENDANT VOLTERRA SEMICONDUCTOR CORPORATION'S NOTICE OF MOTION AND SECOND MOTION TO STRIKE INFINEON'S AMENDED INFRINGEMENT CONTENTIONS AND TO STAY OR LIMIT DISCOVERY**<br><br>Dept.: Oakland Courtroom 4, 3rd Floor<br>Judge: Honorable Donna M. Ryu |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER TO SEAL
Case No. CV 11-06239 MMC (DMR)

25373\3231163.1

This matter comes before the Court on the Administrative Motion of Defendant Volterra Semiconductor Corporation to seal portions of Volterra's Notice Of Motion And Second Motion To Strike Amended Infringement Contentions And To Stay Or Limit Discovery, the supporting Declaration of David Lidsky, and Exhibits B and C to the supporting Declaration of James W. Morando.

Having considered Volterra's motion and supporting papers, as well as the pleadings and materials lodged in this matter, the Court finds good cause and GRANTS the motion to seal as follows.

IT IS HEREBY ORDERED that the following documents should be sealed:

- portions of Volterra's Notice Of Motion And Second Motion To Strike Amended Infringement Contentions And To Stay Or Limit Discovery
- the supporting Declaration of David Lidsky
- Exhibits B and C to the supporting Declaration of James W. Morando, which are Plaintiff's Disclosure of Asserted Claims and Infringement Contentions served on June 4, 2012, and Plaintiff's Amended Disclosure of Asserted Claims and Infringement Contentions served on August 6, 2012, respectively.

IT IS SO ORDERED.

Dated: August 21, 2012

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER TO SEAL
Case No. CV 11-06239 MMC (DMR)

- 1 -

25373\3231163.1