1  DAVID G. WILLE *(Pro Hac Vice)* (TX Bar No. 08945388)
   JEFFERY D. BAXTER *(Pro Hac Vice)* (TX Bar No. 24006816)
2  AARON DAVIDSON *(Pro Hac Vice)* (TX Bar No. 24007080)
   SAMIR A. BHAVSAR *(Pro Hac Vice)* (TX Bar No. 00798065)
3  BAKER BOTTS L.L.P.
4  2001 Ross Avenue
   Dallas, TX 75201
5  Telephone: (214) 953-6500
   Facsimile: (214) 953-6503
6  E-mail: david.wille@bakerbotts.com
   E-mail: jeff.baxter@bakerbotts.com
7  E-mail: aaron.davidson@bakerbotts.com
8  E-mail: samir.bhavsar@bakerbotts.com

9  STEPHEN E. TAYLOR (SBN 058452)
   JONATHAN A. PATCHEN (SBN 237346)
10 CHRISTOPHER A. WIMMER (SBN 263275)
   TAYLOR & COMPANY LAW OFFICES, LLP
11 One Ferry Building, Suite 355
   San Francisco, California 94111
12 Telephone: (415) 788-8200
13 Facsimile: (415) 788-8208
   E-mail: staylor@tcolaw.com
14 E-mail: jpatchen@tcolaw.com
   E-mail: cwimmer@tcolaw.com
15
16 Attorneys for Plaintiff INFINEON TECHNOLOGIES AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES AG,<br><br>Plaintiff,<br><br>vs.<br><br>VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>Defendant. | Case No. CV-11-6239 (MMC)<br><br>**[PROPOSED] ORDER DENYING VOLTERRA'S MOTION TO DISMISS INFINEON'S SECOND AMENDED COMPLAINT** |

Defendant Volterra Semiconductor Corporation ("Volterra") has moved the Court to dismiss with prejudice Plaintiff Infineon Technologies AG's ("Infineon") Second Amended Complaint. The Court, having considered all papers filed by the parties in favor of and in opposition to Volterra's Motion, all other matters deemed to be appropriate by the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED that Volterra's Motion to Dismiss Plaintiff's Second Amended Complaint is DENIED.

IT IS SO ORDERED.

DATED: _____          _____
                                      HONORABLE MAXINE M. CHESNEY
                                      UNITED STATES DISTRICT COURT JUDGE

- 1 -

[PROPOSED] ORDER DENYING MOT. TO DISMISS SECOND AM. COMPLAINT
CV-11-6239 (MMC)