IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINEON TECHNOLOGIES AG,<br><br>    Plaintiff,<br><br>  v.<br><br>VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>    Defendant. | No. C 11-6239 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO SET DEADLINE FOR DEFENDANT'S MOTION AND TO VACATE PRETRIAL DEADLINES; DIRECTING PARTIES TO FILE STATUS REPORT** |

    Before the Court is plaintiff Infineon Technologies AG's administrative "Motion to Extend Time for Certain Pretrial Deadlines Pursuant to Civil Local Rules 6-3 and 7-11," filed October 31, 2012, by which motion plaintiff seeks (1) an order setting a deadline of November 9, 2012 for the filing of any motion by defendant regarding plaintiff's Second Amended Infringement Contentions ("SAICs"), and (2) an order extending the claim construction deadlines.  Defendant Volterra Semiconductor Corporation has filed a response, in which it opposes the former and, as to the latter, agrees that the current deadlines should be vacated but opposes the setting of new deadlines at the current juncture of the proceedings.  Having read and considered the papers filed in support of, and in response to the motion, the Court rules as follows.

    To the extent plaintiff requests the Court set a November 9, 2012 deadline for

defendant to challenge or otherwise respond to plaintiff's SAICs, the Court agrees with defendant that any such request should be presented to Magistrate Judge Donna M. Ryu, to whom all discovery matters have been referred. Accordingly, said request is hereby DENIED without prejudice.

To the extent plaintiff requests the Court vacate the current claim construction deadlines and reset new dates at this time, the Court finds the current deadlines should be vacated, but agrees with defendant that it is premature to set a revised claim construction schedule given the current posture of the case. Accordingly, said request is hereby GRANTED in part, and the current deadlines are hereby VACATED; the parties are hereby DIRECTED to file a Status Report, no later than January 7, 2012, apprising the Court as to the status of the proceedings before Magistrate Judge Ryu and any other matters bearing on the pretrial schedule.

**IT IS SO ORDERED.**

Dated: November 8, 2012

MAXINE M. CHESNEY
United States District Judge