DAVID G. WILLE (*Pro Hac Vice*) (TX Bar No. 08945388)
JEFFERY D. BAXTER (*Pro Hac Vice*) (TX Bar No. 24006816)
AARON DAVIDSON (*Pro Hac Vice*) (TX Bar No. 24007080)
SAMIR A. BHAVSAR (*Pro Hac Vice*) (TX Bar No. 00798065)
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503
E-mail: david.wille@bakerbotts.com
E-mail: jeff.baxter@bakerbotts.com
E-mail: aaron.davidson@bakerbotts.com
E-mail: samir.bhavsar@bakerbotts.com

STEPHEN E. TAYLOR (SBN 058452)
JONATHAN A. PATCHEN (SBN 237346)
CHRISTOPHER A. WIMMER (SBN 263275)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jpatchen@tcolaw.com
E-mail: cwimmer@tcolaw.com

Attorneys for Plaintiff
INFINEON TECHNOLOGIES AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, a German corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. CV-11-6239 (MMC) (DMR)<br><br>~~[PROPOSED]~~ SEALING ORDER PURSUANT TO CIVIL LOCAL RULE 79-5(d)<br><br>Complaint Filed:   January 21, 2010<br><br>Judge:   Hon. Maxine M. Chesney |

1  This matter comes before the Court on the Declaration of David G. Wille Pursuant to Civil
2  Local Rule 79-5(d) ("Wille Declaration") and this Court's November 6, 2012 Order Directing
3  Plaintiff to File Response to Defendant's Administrative Motion to Seal Portions of Its Opposition
4  (Dkt. No. 149).  Having considered the Wille Declaration, as well as the pleadings and materials
5  lodged in this matter, the Court finds good cause and GRANTS the request to seal contained in the
6  Wille Declaration as follows:
7  IT IS HEREBY ORDERED that page 2, lines 16-17 of Defendant Volterra Semiconductor
8  Corporation's Opposition to Plaintiff's Motion for De Novo Determination of Dispositive Matter
9  Referred to Magistrate Judge or, in the Alternative, Motion for Relief from Nondispositive Pretrial
10  Order of Magistrate Judge (Dkt. No. 142) are properly sealable and should be sealed.
11  Defendant is hereby ORDERED to file, no later than November 13, 2012, a revised
12  redacted version of said opposition, redacting only the information contained on page 2, lines 16-17.
13  DATED: November 9, 2012

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1.
[PROPOSED] SEALING ORDER PURSUANT TO CIVIL LOCAL RULE 79-5(d)
Case No. CV-11-06239 (MMC) (DMR)