United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INFINEON TECHNOLOGIES AG,

    Plaintiff,

v.

VOLTERRA SEMICONDUCTOR CORPORATION,

    Defendant.
_____/

No. C 11-6239 MMC

**ORDER VACATING NOVEMBER 16, 2012 HEARING ON DEFENDANT'S MOTION TO DISMISS**

    Before the Court is defendant Volterra Semiconductor Corporation's "Motion to Dismiss the Second Amended Complaint Pursuant to Rule 12(b)(6) or in the Alternative to Strike Pursuant to Rule 12(f)," filed October 10, 2012. Plaintiff has filed opposition to the motion, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and hereby VACATES the hearing scheduled for November 16, 2012.

    **IT IS SO ORDERED.**

Dated: November 9, 2012

MAXINE M. CHESNEY
United States District Judge