| | |
|---|---|
| 1 | James W. Morando (State Bar No. 087896) |
|   | jmorando@fbm.com |
| 2 | Jeffrey M. Fisher (State Bar No. 155284) |
|   | jfisher@fbm.com |
| 3 | Farella Braun + Martel LLP |
|   | 235 Montgomery Street, 17th Floor |
| 4 | San Francisco, CA  94104 |
|   | Telephone:  (415) 954-4400 |
| 5 | Facsimile:  (415) 954-4480 |

Attorneys for Defendant
VOLTERRA SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, a German corporation, | Case No. CV 11-06239 MMC |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANT VOLTERRA SEMICONDUCTOR CORPORATION'S RENEWED ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE |
| vs. | |
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation, | |
| Defendant. | |
| | Dept.:   Courtroom 7, 19th Floor |
| | Judge:   Honorable Maxine M. Chesney |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER TO SEAL
Case No. CV 11-06239 MMC (DMR)

25373\3398494.1

1   This matter comes before the Court on the Renewed Administrative Motion of Defendant
2   Volterra Semiconductor Corporation to seal portions of its Opposition To Plaintiff's Motion For
3   De Novo Determination Of Dispositive Matter Referred To Magistrate Judge Or, In The
4   Alternative, Motion For Relief From Nondispositive Pretrial Order Of Magistrate Judge.

5   Having considered Volterra's motion and supporting papers, as well as the pleadings and
6   materials lodged in this matter, and the Court's prior Order on this subject (Dkt. No. 153), the
7   Court finds good cause and GRANTS the motion to seal as follows.

8   IT IS HEREBY ORDERED that in addition to the portion of Volterra's Opposition To
9   Plaintiff's Motion For De Novo Determination Of Dispositive Matter Referred To Magistrate
10  Judge Or, In The Alternative, Motion For Relief From Nondispositive Pretrial Order Of
11  Magistrate Judge the Court's November 9, 2012 Order (Dkt. No. 153) has ordered should be
12  sealed, the following pages and lines from Volterra's Opposition should also be sealed:

13  •   4:13-24;  5:22-23;  15:8-16;  16:1-28;  17:1-21, 23, 27-28;  and 18:4-11.

14  Volterra is hereby directed to file a revised redacted version of said opposition, redacting
15  only the information on pages and lines 2:16-17; 4:13-24; 5:22-23; 15:8-16; 16:1-28; 17:1-21, 23,
16  27-28; and 18:4-11, by no later than November 16, 2012.

17  IT IS SO ORDERED.

18  DATED: November 15, 2012
19                                              The Honorable Maxine M. Chesney
                                                United States Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER TO SEAL
Case No. CV 11-06239 MMC (DMR)        - 1 -                              25373\3398494.1