DAVID G. WILLE (*Pro Hac Vice*) (TX Bar No. 08945388)
JEFFERY D. BAXTER (*Pro Hac Vice*) (TX Bar No. 24006816)
AARON DAVIDSON (*Pro Hac Vice*) (TX Bar No. 24007080)
SAMIR A. BHAVSAR (*Pro Hac Vice*) (TX Bar No. 00798065)
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503
E-mail: david.wille@bakerbotts.com
E-mail: jeff.baxter@bakerbotts.com
E-mail: aaron.davidson@bakerbotts.com
E-mail: samir.bhavsar@bakerbotts.com

STEPHEN E. TAYLOR (SBN 058452)
JONATHAN A. PATCHEN (SBN 237346)
CHRISTOPHER A. WIMMER (SBN 263275)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jpatchen@tcolaw.com
E-mail: cwimmer@tcolaw.com

Attorneys for Plaintiff
INFINEON TECHNOLOGIES AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, a German corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. CV-11-6239 (MMC) (DMR)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Dept.: Oakland Courtroom 4, 3rd Floor<br>Judge: Honorable Donna M. Ryu |

This matter comes before the Court on Plaintiff's Administrative Motion to File Under Seal Portions of Its Opposition to Volterra's Motion to Strike Infineon's Second Amended Infringement Contentions and to Stay or Limit Discovery ("Motion to Seal"). Having considered Plaintiff's Administrative Motion to Seal, as well as the pleadings and materials lodged in this matter, the Court finds good cause and GRANTS the request.

IT IS HEREBY ORDERED that portions of Plaintiff's Opposition to Volterra's Motion to Strike Infineon's Second Amended Infringement Contentions and to Stay or Limit Discovery are properly sealable and should be sealed.

IT IS SO ORDERED.

DATED: January 7, 2013

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

SEALING ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. CV-11-06239 (MMC) (DMR)