DAVID G. WILLE (*Pro Hac Vice*) (TX Bar No. 08945388)
JEFFERY D. BAXTER (*Pro Hac Vice*) (TX Bar No. 24006816)
AARON DAVIDSON (*Pro Hac Vice*) (TX Bar No. 24007080)
SAMIR A. BHAVSAR (*Pro Hac Vice*) (TX Bar No. 00798065)
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503
E-mail: david.wille@bakerbotts.com
E-mail: jeff.baxter@bakerbotts.com
E-mail: aaron.davidson@bakerbotts.com
E-mail: samir.bhavsar@bakerbotts.com

STEPHEN E. TAYLOR (SBN 058452)
JONATHAN A. PATCHEN (SBN 237346)
CHRISTOPHER A. WIMMER (SBN 263275)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jpatchen@tcolaw.com
E-mail: cwimmer@tcolaw.com

Attorneys for Plaintiff
INFINEON TECHNOLOGIES AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, a German corporation,<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendant and Counterclaimant. | Case No. CV-11-6239 (MMC) (DMR)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Judge: Hon. Maxine M. Chesney<br><br>Complaint Filed: January 21, 2010 |

1  This matter comes before the Court on Plaintiff's Administrative Motion to File Under
2 Seal Portions of Joint Status Report. Having considered Plaintiff's Administrative Motion to Seal,
3 the Declaration of David G. Wille in Support of the Motion to File Under Seal, as well as the
4 pleadings and materials lodged in this matter, the Court finds good cause and GRANTS the
5 request.
6  IT IS HEREBY ORDERED that the portion of the Joint Status Report at page 7, line 19, is
7 properly sealable and should be sealed.
8  IT IS SO ORDERED.

DATED: January 14, 2013

_____
HONORABLE MAXINE M. CHESNEY
SENIOR DISTRICT JUDGE

1.
[PROPOSED] SEALING ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. CV-11-06239 (MMC) (DMR)