DAVID G. WILLE (*Pro Hac Vice*) (TX Bar No. 08945388)
JEFFERY D. BAXTER (*Pro Hac Vice*) (TX Bar No. 24006816)
AARON DAVIDSON (*Pro Hac Vice*) (TX Bar No. 24007080)
SAMIR A. BHAVSAR (*Pro Hac Vice*) (TX Bar No. 00798065)
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503
E-mail: david.wille@bakerbotts.com
E-mail: jeff.baxter@bakerbotts.com
E-mail: aaron.davidson@bakerbotts.com
E-mail: samir.bhavsar@bakerbotts.com

STEPHEN E. TAYLOR (SBN 058452)
JONATHAN A. PATCHEN (SBN 237346)
CHRISTOPHER A. WIMMER (SBN 263275)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jpatchen@tcolaw.com
E-mail: cwimmer@tcolaw.com

Attorneys for Plaintiff
INFINEON TECHNOLOGIES AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, a German corporation,<br><br>  Plaintiff and Counterdefendant,<br><br>  vs.<br><br>VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>  Defendant and Counterclaimant. | Case No. CV-11-6239 (MMC) (DMR)<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:           Hon. Maxine M. Chesney<br><br>Complaint Filed: January 21, 2010 |

---

[PROPOSED] SEALING ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. CV-11-06239 (MMC) (DMR)

This matter comes before the Court on Plaintiff's Administrative Motion to File Under Seal Portions of Joint Status Report. Having considered Plaintiff's Administrative Motion to Seal, the Declaration of David G. Wille in Support of the Motion to File Under Seal, as well as the pleadings and materials lodged in this matter, the Court finds good cause and GRANTS the request.

IT IS HEREBY ORDERED that the portion of the Joint Status Report at page 7, line 19, is properly sealable and should be sealed.

IT IS SO ORDERED.

DATED: January 14, 2013

_____
HONORABLE MAXINE M. CHESNEY
SENIOR DISTRICT JUDGE

1.
[PROPOSED] SEALING ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. CV-11-06239 (MMC) (DMR)