1  DAVID G. WILLE (*Pro Hac Vice*) (TX Bar No. 08945388)
   JEFFERY D. BAXTER (*Pro Hac Vice*) (TX Bar No. 24006816)
2  AARON DAVIDSON (*Pro Hac Vice*) (TX Bar No. 24007080)
   SAMIR A. BHAVSAR (*Pro Hac Vice*) (TX Bar No. 00798065)
3  BAKER BOTTS L.L.P.
4  2001 Ross Avenue
   Dallas, TX 75201
5  Telephone: (214) 953-6500
   Facsimile: (214) 953-6503
6  E-mail: david.wille@bakerbotts.com
   E-mail: jeff.baxter@bakerbotts.com
7  E-mail: aaron.davidson@bakerbotts.com
8  E-mail: samir.bhavsar@bakerbotts.com

9  STEPHEN E. TAYLOR (SBN 058452)
   JONATHAN A. PATCHEN (SBN 237346)
10 CHRISTOPHER A. WIMMER (SBN 263275)
   TAYLOR & COMPANY LAW OFFICES, LLP
11 One Ferry Building, Suite 355
12 San Francisco, California 94111
   Telephone: (415) 788-8200
13 Facsimile: (415) 788-8208
   E-mail: staylor@tcolaw.com
14 E-mail: jpatchen@tcolaw.com
   E-mail: cwimmer@tcolaw.com
15

16 Attorneys for Plaintiff
   INFINEON TECHNOLOGIES AG
17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, a German corporation,<br><br>           Plaintiff and<br>           Counterdefendant,<br><br>     vs.<br><br>VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>           Defendant and<br>           Counterclaimant. | Case No. CV-11-6239 (MMC) (DMR)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Judge:            Hon. Maxine M. Chesney<br><br>Complaint Filed:  January 21, 2010 |

---

[PROPOSED] SEALING ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. CV-11-06239 (MMC) (DMR)

This matter comes before the Court on Plaintiff's Administrative Motion to File Under Seal Portions of Joint Status Report. Having considered Plaintiff's Administrative Motion to Seal, the Declaration of David G. Wille in Support of the Motion to File Under Seal, as well as the pleadings and materials lodged in this matter, the Court finds good cause and GRANTS the request.

IT IS HEREBY ORDERED that the portion of the Joint Status Report at page 7, line 19, is properly sealable and should be sealed.

IT IS SO ORDERED.

DATED: January 14, 2013

*/s/ Maxine M. Chesney*
HONORABLE MAXINE M. CHESNEY
SENIOR DISTRICT JUDGE