IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, | No. C 11-6239 MMC |
| Plaintiff, | **ORDER RE: JOINT STATUS REPORT; ADVANCING CASE MANAGEMENT CONFERENCE** |
| v. | |
| VOLTERRA SEMICONDUCTOR CORPORATION, | |
| Defendant. / | |

Before the Court is the parties' Joint Status Report, filed January 7, 2013, in which the parties set forth their respective positions as to the scheduling of claim construction.

Given that Volterra's Motion to Strike Infineon's Second Amended Infringement Contentions is scheduled to be heard in the coming month, the Court again finds it premature to set a revised claim construction schedule.

Instead, the Court hereby ADVANCES the Case Management Conference from April 19, 2013 to March 15, 2013, at which time the Court will address the scheduling of claim construction as well as any other relevant pretrial matters.

**IT IS SO ORDERED.**

Dated: January 16, 2013

MAXINE M. CHESNEY
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28