1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

INFINEON TECHNOLOGIES AG,

12

No. C 11-6239 MMC

Plaintiff,

13

**ORDER VACATING FEBRUARY 8, 2013
HEARING ON PLAINTIFF'S MOTION TO
DISMISS DEFENDANT'S
COUNTERCLAIMS AND TO STRIKE
DEFENDANT'S AFFIRMATIVE
DEFENSES**

v.

14

VOLTERRA SEMICONDUCTOR
CORPORATION,

15
16

Defendant.

17                                                      /

18         Before the Court is plaintiff Infineon Technologies AG's ("Infineon") "Motion to

19   Dismiss Volterra's Counterclaims and Strike Volterra's Affirmative Defenses," filed January

20   3, 2013.  Defendant Volterra Semiconductor Corporation ("Volterra") has filed opposition, to

21   which Infineon has replied.  Having read and considered the papers filed in support of and

22   in opposition to the motion, the Court deems the matter suitable for decision thereon, and

23   hereby VACATES the hearing scheduled for February 6, 2013.

24         **IT IS SO ORDERED.**

25

26   Dated:  February 6, 2013

27                                          MAXINE M. CHESNEY
                                           United States District Judge
28

United States District Court
For the Northern District of California