IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINEON TECHNOLOGIES AG,<br><br>  Plaintiff,<br><br>  v.<br><br>VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>  Defendant.<br>_____/ | No. C 11-6239 MMC<br><br>**ORDER VACATING FEBRUARY 8, 2013 HEARING ON PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS AND TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES** |

Before the Court is plaintiff Infineon Technologies AG's ("Infineon") "Motion to Dismiss Volterra's Counterclaims and Strike Volterra's Affirmative Defenses," filed January 3, 2013. Defendant Volterra Semiconductor Corporation ("Volterra") has filed opposition, to which Infineon has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and hereby VACATES the hearing scheduled for February 6, 2013.

**IT IS SO ORDERED.**

Dated: February 6, 2013

MAXINE M. CHESNEY
United States District Judge