**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11    INFINEON TECHNOLOGIES,                    No. C-11-06239-MMC (DMR)

12              Plaintiff(s),                    **ORDER REGARDING MARCH 7, 2013**
                                                 **LETTER FROM DEFENDANT**
13         v.                                    **VOLTERRA [DOCKET NO. 204]**

14    VOLTERRA SEMICONDUCTOR,

15              Defendant(s).
      _____/
16

17         The Court is in receipt of the March 7, 2013 letter from Defendant Volterra regarding its

18    request for an extension of time to file a further motion to strike Plaintiff's Third Amended

19    Infringement Contentions. [Docket No. 204.]  The request is DENIED.

20

21         IT IS SO ORDERED.

22

23    Dated:  March 7, 2013

24                                              _____
                                                DONNA M. RYU
25                                              United States Magistrate Judge

26

27

28