1  DAVID G. WILLE (*Pro Hac Vice*) (TX Bar No. 08945388)
   JEFFERY D. BAXTER (*Pro Hac Vice*) (TX Bar No. 24006816)
2  AARON DAVIDSON (*Pro Hac Vice*) (TX Bar No. 24007080)
   SAMIR A. BHAVSAR (*Pro Hac Vice*) (TX Bar No. 00798065)
3  BAKER BOTTS L.L.P.
4  2001 Ross Avenue
   Dallas, TX 75201
5  Telephone: (214) 953-6500
   Facsimile: (214) 953-6503
6  E-mail: david.wille@bakerbotts.com
7  E-mail: jeff.baxter@bakerbotts.com
   E-mail: aaron.davidson@bakerbotts.com
8  E-mail: samir.bhavsar@bakerbotts.com

9  STEPHEN E. TAYLOR (SBN 058452)
   JONATHAN A. PATCHEN (SBN 237346)
10 CHRISTOPHER A. WIMMER (SBN 263275)
11 TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
12 San Francisco, California 94111
   Telephone: (415) 788-8200
13 Facsimile: (415) 788-8208
   E-mail: staylor@tcolaw.com
14 E-mail: jpatchen@tcolaw.com
15 E-mail: cwimmer@tcolaw.com

16 Attorneys for Plaintiff
   INFINEON TECHNOLOGIES AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, a German corporation,<br><br>           Plaintiff and Counterdefendant,<br><br>vs.<br><br>VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>           Defendant and Counterclaimant. | Case No. CV-11-6239 (MMC) (DMR)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME PURSUANT TO CIVIL LOCAL RULE 6-2(a)**<br><br>Judge:            Hon. Maxine M. Chesney<br>Complaint Filed:  January 21, 2010 |

STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME PURSUANT TO CIVIL LOCAL RULE 6-2(a):  CASE NO.  CV-11-06239 (MMC) (DMR)

Plaintiff and Counterdefendant INFINEON TECHNOLOGIES AG ("Infineon") and Defendant and Counterclaimant VOLTERRA SEMICONDUCTOR CORPORATION ("Volterra") (collectively "the Parties") have conferred by and through their counsel and pursuant to Civil Local Rules 6-2 and 7-12, and subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, on January 7, 2013, the Parties filed a Joint Status Report (ECF 178);

WHEREAS, on January 16, 2013, in light of the Parties' Joint Status Report and the fact that disputes regarding the sufficiency of Plaintiff's infringement contention remained unresolved, this Court determined that it was premature to set a revised claim construction schedule (ECF 188);

WHEREAS, in that same order, this Court advanced the Case Management Conference in this case from April 19, 2013 to March 15, 2013;

WHEREAS, the sufficiency of Plaintiff's infringement contentions remains unresolved and Defendant is in the process of filing a further motion to challenge the adequacy of those contentions, which will be set for hearing on April 11, 2013;

WHEREAS, Plaintiff has filed a Motion For Leave To Amend Its Infringement Contentions To Add Additional Model Numbers which is presently set for hearing on April 11, 2013;

WHEREAS, the Parties believe it important to have issues with respect to Plaintiff's infringement contentions resolved before scheduling issues are considered by the Court; and

WHEREAS, set forth below are the previous time modifications in this case:

(a) Stipulation and Order regarding date by which Volterra may answer, move or otherwise plead in response to complaint extended to March 16, 2010 (ECF No. 8);

(b) Stipulation and Order Extending Response and Hearing Dates re Plaintiff's Motion for Leave to Amend Its Infringement Contentions to Add Additional Model Numbers (ECF No. 202).

2.

**TAYLOR & CO.**
LAW OFFICES, LLP

STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME PURSUANT TO CIVIL LOCAL RULE 6-2(a):  CASE NO.  CV-11-06239 (MMC) (DMR)

NOW, THEREFORE, the Parties hereby propose, stipulate and agree as follows, by and through their respective counsel of record, and subject to the Court's approval, that:

1. The Case Management Conference in the above-captioned action, currently scheduled to take place on March 15, 2013 at 10:30 a.m., shall be continued to a date convenient for the Court after April 11, 2013,; and

2. Within 7 days prior to such conference, the Parties shall submit to the Court a Joint Case Management Conference Statement or to further alert the Court that issues with respect to the Plaintiff's infringement contentions remain unsettled.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: March 7, 2013          TAYLOR & COMPANY LAW OFFICES, LLP


By: _____/s/Jonathan A. Patchen_____
          Jonathan A. Patchen

Attorneys for Plaintiff and Counterdefendant
INFINEON TECHNOLOGIES AG


Dated: March 7, 2012          FARELLA BRAUN + MARTEL LLP


By: _____/s/ Jeffrey M. Fisher_____
          Jeffrey M. Fisher

Attorneys for Defendant VOLTERRA
SEMICONDUCTOR CORPORATION

**TAYLOR & CO.**
LAW OFFICES, LLP

3.
STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME PURSUANT TO CIVIL LOCAL RULE 6-2(a): CASE NO. CV-11-06239 (MMC) (DMR)

**[PROPOSED] ORDER**

Pursuant to the above Stipulation, and good cause appearing therefore, the Case Management Conference is hereby CONTINUED from March 15, 2013 to May 3, 2013.

IT IS SO ORDERED.

DATED:  March 11, 2013

_____
HONORABLE MAXINE M. CHESNEY
SENIOR DISTRICT COURT JUDGE

TAYLOR & CO.
LAW OFFICES, LLP

4.
STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME PURSUANT TO CIVIL LOCAL RULE 6-2(a):  CASE NO.  CV-11-06239 (MMC) (DMR)