DAVID G. WILLE (*Pro Hac Vice*) (TX Bar No. 08945388)
JEFFERY D. BAXTER (*Pro Hac Vice*) (TX Bar No. 24006816)
AARON DAVIDSON (*Pro Hac Vice*) (TX Bar No. 24007080)
SAMIR A. BHAVSAR (*Pro Hac Vice*) (TX Bar No. 00798065)
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503
E-mail: david.wille@bakerbotts.com
E-mail: jeff.baxter@bakerbotts.com
E-mail: aaron.davidson@bakerbotts.com
E-mail: samir.bhavsar@bakerbotts.com

STEPHEN E. TAYLOR (SBN 058452)
JONATHAN A. PATCHEN (SBN 237346)
CHRISTOPHER A. WIMMER (SBN 263275)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jpatchen@tcolaw.com
E-mail: cwimmer@tcolaw.com

Attorneys for Plaintiff
INFINEON TECHNOLOGIES AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, a German corporation,<br><br>　　　　　Plaintiff and Counterdefendant,<br><br>vs.<br><br>VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>　　　　　Defendant and Counterclaimant. | Case No. CV-11-6239 (MMC) (DMR)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME PURSUANT TO CIVIL LOCAL RULE 6-2(a)**<br><br>Judge:　　　　　Hon. Maxine M. Chesney<br>Complaint Filed:　January 21, 2010 |

STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME PURSUANT TO CIVIL LOCAL RULE 6-2(a):  CASE NO.  CV-11-06239 (MMC) (DMR)

1  Plaintiff and Counterdefendant INFINEON TECHNOLOGIES AG ("Infineon") and
2  Defendant and Counterclaimant VOLTERRA SEMICONDUCTOR CORPORATION
3  ("Volterra") (collectively "the Parties") have conferred by and through their counsel and pursuant
4  to Civil Local Rules 6-2 and 7-12, and subject to the Court's approval, HEREBY STIPULATE AS
5  FOLLOWS:
6      WHEREAS, on January 7, 2013, the Parties filed a Joint Status Report (ECF 178);
7      WHEREAS, on January 16, 2013, in light of the Parties' Joint Status Report and the fact
8  that disputes regarding the sufficiency of Plaintiff's infringement contention remained unresolved,
9  this Court determined that it was premature to set a revised claim construction schedule (ECF
10 188);
11     WHEREAS, in that same order, this Court advanced the Case Management Conference in
12 this case from April 19, 2013 to March 15, 2013;
13     WHEREAS, the sufficiency of Plaintiff's infringement contentions remains unresolved
14 and Defendant is in the process of filing a further motion to challenge the adequacy of those
15 contentions, which will be set for hearing on April 11, 2013;
16     WHEREAS, Plaintiff has filed a Motion For Leave To Amend Its Infringement
17 Contentions To Add Additional Model Numbers which is presently set for hearing on April 11,
18 2013;
19     WHEREAS, the Parties believe it important to have issues with respect to Plaintiff's
20 infringement contentions resolved before scheduling issues are considered by the Court; and
21     WHEREAS, set forth below are the previous time modifications in this case:
22     (a) Stipulation and Order regarding date by which Volterra may answer, move
23 or otherwise plead in response to complaint extended to March 16, 2010 (ECF No. 8);
24     (b) Stipulation and Order Extending Response and Hearing Dates re Plaintiff's
25 Motion for Leave to Amend Its Infringement Contentions to Add Additional Model Numbers
26 (ECF No. 202).
27
28

**TAYLOR & CO.**
**LAW OFFICES, LLP**

2.
STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME PURSUANT TO CIVIL LOCAL
RULE 6-2(a):  CASE NO.  CV-11-06239 (MMC) (DMR)

NOW, THEREFORE, the Parties hereby propose, stipulate and agree as follows, by and through their respective counsel of record, and subject to the Court's approval, that:

1. The Case Management Conference in the above-captioned action, currently scheduled to take place on March 15, 2013 at 10:30 a.m., shall be continued to a date convenient for the Court after April 11, 2013,; and

2. Within 7 days prior to such conference, the Parties shall submit to the Court a Joint Case Management Conference Statement or to further alert the Court that issues with respect to the Plaintiff's infringement contentions remain unsettled.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: March 7, 2013                TAYLOR & COMPANY LAW OFFICES, LLP


By: _____*/s/Jonathan A. Patchen*_____
          Jonathan A. Patchen

Attorneys for Plaintiff and Counterdefendant
INFINEON TECHNOLOGIES AG


Dated: March 7, 2012                FARELLA BRAUN + MARTEL LLP


By: _____*/s/ Jeffrey M. Fisher*_____
          Jeffrey M. Fisher

Attorneys for Defendant VOLTERRA
SEMICONDUCTOR CORPORATION

---

3.
STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME PURSUANT TO CIVIL LOCAL RULE 6-2(a):  CASE NO.  CV-11-06239 (MMC) (DMR)

**[PROPOSED] ORDER**

Pursuant to the above Stipulation, and good cause appearing therefore, the Case Management Conference is hereby CONTINUED from March 15, 2013 to May 3, 2013.

IT IS SO ORDERED.

DATED: March 11, 2013

_____
HONORABLE MAXINE M. CHESNEY
SENIOR DISTRICT COURT JUDGE

TAYLOR & CO.
LAW OFFICES, LLP

4.
STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME PURSUANT TO CIVIL LOCAL RULE 6-2(a): CASE NO. CV-11-06239 (MMC) (DMR)