UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, | No. C-11-06239 MMC  (DMR) |
| Plaintiff, | **ORDER VACATING HEARING DATE AND SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS TO ADD ADDITIONAL MODEL NUMBERS** |
| v. | |
| VOLTERRA SEMICONDUCTOR CORPORATION, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' Stipulation and Proposed Order Extending Response and Hearing Dates Re Plaintiff's Motion for Leave to Amend Its Infringement Contentions to Add Additional Model Numbers.  [Docket No. 218.]  The court previously ordered the parties to file any joint discovery letter regarding a disputed third-party subpoena by March 29, 2013.  [Docket No. 216.]  Defendant has represented that it needs this discovery in order to respond to the Motion.  Thus, the briefing schedule for the Motion appears to be contingent upon the resolution of the discovery dispute.

If the parties resolve the discovery dispute without judicial intervention, the briefing schedule shall be as follows: Any opposition to the Motion shall be filed by no later than **April 11, 2013.**  Any reply shall be filed by no later than **April 18, 2013.**

However, if the discovery dispute must be decided by the court, the briefing schedule shall be as follows: Any opposition to the Motion shall be filed by no later than **one week** after the court issues an order on the discovery dispute. Any reply shall be filed by no later than **one week** after the opposition to the Motion is due.

The April 11, 2013 hearing date on the Motion is hereby **VACATED,** and will be rescheduled by the court.

IT IS SO ORDERED.

Dated: March 20, 2013

DONNA M. RYU
United States Magistrate Judge

2