**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, | No. C-11-06239 MMC (DMR) |
| Plaintiff, | **ORDER VACATING HEARING DATE AND SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STRIKE INFINEON'S THIRD AMENDED INFRINGEMENT CONTENTIONS** |
| v. | |
| VOLTERRA SEMICONDUCTOR CORPORATION, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

In light of the court's order dated March 20, 2013 [Docket No. 219] extending time for briefing on the Plaintiff's Motion for Leave to Amend Its Infringement Contentions to Add Additional Model Numbers [Docket No. 199], the April 11, 2013 hearing date on Defendant's Motion to Strike Infineon's Third Amended Infringement Contentions [Docket No. 209] is hereby **VACATED**, and will be rescheduled by the court.

If the parties resolve the discovery dispute that is the subject of the court's order dated March 15, 2013 [Docket No. 216] without judicial intervention, the briefing schedule shall be as follows: Any opposition to the Motion to Strike shall be filed by no later than **April 11, 2013.** Any reply shall be filed by no later than **April 18, 2013.**

However, if the discovery dispute must be decided by the court, the briefing schedule shall be as follows: Any opposition to the Motion to Strike shall be filed by no later than **one week** after the court issues an order on the discovery dispute. Any reply shall be filed by no later than **one week** after the opposition to the Motion to Strike is due.

IT IS SO ORDERED.

Dated: March 21, 2013

DONNA M. RYU
United States Magistrate Judge