| | |
|---|---|
| 1 | James W. Morando (State Bar No. 087896) |
| | jmorando@fbm.com |
| 2 | Jeffrey M. Fisher (State Bar No. 155284) |
| | jfisher@fbm.com |
| 3 | Farella Braun + Martel LLP |
| | 235 Montgomery Street, 17th Floor |
| 4 | San Francisco, CA 94104 |
| | Telephone: (415) 954-4400 |
| 5 | Facsimile: (415) 954-4480 |
| 6 | Attorneys for Defendant |
| | VOLTERRA SEMICONDUCTOR |
| 7 | CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | INFINEON TECHNOLOGIES AG, a German corporation, | Case No. CV 11-06239 MMC (DMR) |
| 13 | | **[PROPOSED]** ORDER GRANTING DEFENDANT VOLTERRA SEMICONDUCTOR CORPORATION'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF MOTION, THE DECLARATION OF DAVID LIDSKY, AND EXHIBITS B AND D - I TO THE DECLARATION OF JEFFREY M. FISHER FILED IN SUPPORT OF DEFENDANT VOLTERRA SEMICONDUCTOR CORPORATION'S MOTION TO STRIKE INFINEON'S THIRD AMENDED INFRINGEMENT CONTENTIONS AND TO CONTINUE STAY OF, OR LIMIT DISCOVERY |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation, | |
| 17 | Defendant. | |
| | | Dept.: Oakland Courtroom 4, 3rd Floor |
| | | Judge: Honorable Donna M. Ryu |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER TO SEAL
Case No. CV 11-06239 MMC (DMR)

25373\3569007.1

1  This matter comes before the Court on the Administrative Motion of Defendant Volterra Semiconductor Corporation to seal portions of Volterra's Motion To Strike Infineon's Third Amended Infringement Contentions And To Continue Stay Of, Or Limit Discovery, the supporting Declaration of David Lidsky, and Exhibits B and D - I to the supporting Declaration of Jeffrey M. Fisher.

Having considered Volterra's motion and supporting papers, as well as the pleadings and materials lodged in this matter, the Court finds good cause and GRANTS the motion to seal as follows.

IT IS HEREBY ORDERED that the following documents should be sealed:

- portions of Volterra's Motion To Strike Infineon's Third Amended Infringement Contentions And To Continue Stay Of, Or Limit Discovery
- the supporting Declaration of David Lidsky
- Exhibits B, D, E, F, G, H and I to the supporting Declaration of Jeffrey M. Fisher.

IT IS SO ORDERED.

Dated: _April 12, 2013

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER TO SEAL
Case No. CV 11-06239 MMC (DMR)

- 1 -

25373\3569007.1