1
2
3
4
5
6
7
8
9
10
11

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12   INFINEON TECHNOLOGIES AG,                    No. C 11-6239 MMC

13            Plaintiff,                          **ORDER VACATING APRIL 19, 2013
                                                  HEARING ON PLAINTIFF'S SECOND**
14      v.                                        **MOTION TO DISMISS DEFENDANT'S
                                                  COUNTERCLAIMS AND STRIKE**
15   VOLTERRA SEMICONDUCTOR                       **DEFENDANT'S AFFIRMATIVE**
     CORPORATION,                                 **DEFENSES**
16            Defendant.

17   _____/

18         Before the Court is plaintiff Infineon Technologies AG's ("Infineon") "Second Motion

19   to Dismiss Volterra's Counterclaims and Strike Volterra's Affirmative Defenses," filed March

20   15, 2013.  Defendant Volterra Semiconductor Corporation ("Volterra") has filed opposition,

21   to which Infineon has replied.  Having read and considered the papers filed in support of

22   and in opposition to the motion, the Court deems the matter suitable for decision thereon,

23   and hereby VACATES the hearing scheduled for April 19, 2013.

24         **IT IS SO ORDERED.**

25

26   Dated:  April 16, 2013

27                                               MAXINE M. CHESNEY
                                                 United States District Judge
28