# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL LAW & MOTION MINUTE ORDER

**CASE NO. C 11-06239-MMC (DMR)**

**CASE NAME: INFINEON TECHNOLOGIES v. VOLTERRA SEMICONDUCTOR CORP.**

| | |
|---|---|
| **MAGISTRATE JUDGE DONNA M. RYU** | **COURTROOM DEPUTY:** Ivy Garcia |
| **DATE**: April 18, 2013   **TIME:** 11:43-11:52 | **COURT REPORTER:** Diane Skillman |
| **COUNSEL FOR PLAINTIFF:**<br>David Wille   (by Tel.)<br>Jeff D. Baxter   (by Tel.) | **COUNSEL FOR DEFENDANT:**<br>Jeffrey Fisher   (by Tel.)<br>James W. Morando   (by Tel.) |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Discovery Letter Brief (Doc. #223) | DEFT'S MOTION TO COMPEL GRANTED IN PART |
| 2. Pltf's Motion for Leave to Amend (Doc. #199) | DENIED WITHOUT PREJUDICE |
| 3. Deft's Motion to Strike (Doc. #209) | DENIED WITHOUT PREJUDICE |

**ORDERED AFTER HEARING:**

Parties ordered to meet and confer to agree on the briefing schedule as to the Motion to Amend and Motion to Strike and submit a Stipulation **by no later than 4/24/13.**

**ORDER TO BE PREPARED BY:**    [] **Plaintiff**    [] **Defendant**    [X] **Court**

**CASE CONTINUED TO:**

cc:   Chambers