| | |
|---|---|
| David G. Willie (*pro hac vice*) <br> (TX Bar No. 08945388) <br>   david.wille@bakerbotts.com <br> Jeffrey D. Baxter (*pro hac vice*) <br> (TX Bar No. 24006816) <br>   jeff.baxter@bakerbotts.com <br> Aaron Davidson (*pro hac vice*) <br> (TX Bar No. 24007080) <br>   aaron.davidson@bakerbotts.com <br> Samir A. Bhavsar (*pro hac vice*) <br> (TX Bar No. 00798065) <br>   samir.bhavsar@bakerbotts.com <br> Baker Botts LLP <br> 2001 Ross Avenue <br> Dallas, Texas 75201 <br> Telephone: (214) 953-6500 <br> Facsimile: (214) 953-6503 <br><br> Attorneys for Plaintiff <br> INFINEON TECHNOLOGIES A.G | James W. Morando (State Bar No. 087896) <br>   jmorando@fbm.com <br> Jeffrey M. Fisher (State Bar No. 155284) <br>   jfisher@fbm.com <br> Farella Braun + Martel LLP <br> 235 Montgomery Street, 17th Floor <br> San Francisco, CA  94104 <br> Telephone:  (415) 954-4400 <br> Facsimile:  (415) 954-4480 <br><br> Attorneys for Defendant <br> VOLTERRA SEMICONDUCTOR CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, a German corporation, <br><br> Plaintiff, <br><br> vs. <br><br> VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation, <br><br> Defendant. | Case No.  CV 11-06239 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING SCHEDULE RE PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS TO ADD ADDITIONAL MODEL NUMBERS AND DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S THIRD AMENDED INFRINGEMENT CONTENTIONS** |

**STIPULATION**

Pursuant to the Court's April 22, 2013 Order (Dkt. No. 232), Plaintiff Infineon Technologies AG and Defendant Volterra Semiconductor Corporation hereby submit this Stipulation and (Proposed) Order to set the briefing schedule as to (1) Plaintiff's Motion for Leave to Amend Its Infringement Contentions to Add Additional Model Numbers (the "Motion for Leave") (Dkt. No. 199), and (2) Defendant's Motion to Strike Plaintiff's Third Amended Infringement Contentions (the "Motion to Strike") (Dkt. No. 209).

WHEREAS, pursuant to the Court's April 22, 2013 Order, (1) Infineon AG and Infineon NA must produce documents relating to the model numbers Infineon AG is seeking leave to add to its infringement contentions (the VT1626, VT1656 and VT1676), (2) following production of these documents, Volterra may take Rule 30(b)(6) depositions of Infineon AG and NA with respect to their knowledge of these products, and (3) Plaintiff's Motion for Leave and Defendant's Motion to Strike have been denied without prejudice, to be re-filed pursuant to an agreed-upon schedule (*see* Dkt. No. 232).

THEREFORE, the parties through their respective counsel hereby stipulate as follows:

1. Plaintiff and Infineon NA shall produce their responsive documents by May 10, 2013 and make one or more witnesses available for Rule 30(b)(6) deposition on May 17, 2013.[1]

2. The deadline for Plaintiff to re-file its Motion for Leave and for Volterra to re-file its Motion to Strike shall be no later than May 23, 2013.

3. Any oppositions to these Motions shall be filed by no later than June 6, 2013, and any replies to the Motions shall be filed by no later than June 13 ,2013.

4. The Court shall set the Motions for hearing on June 27, 2013 or at its earliest convenience following completion of the briefing.

---

[1] The parties are in the process of meeting and conferring concerning the scope of the above-referenced document production, as required by the Court's April 22, 2013 Order. *See* Dkt. No. 232 at 5. In the event that the parties are unable to agree concerning the scope of the document production and/or the document production falls behind this schedule, it may be necessary for the parties to seek an extension of the briefing schedule.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIP RE MTN TO AMEND
Case No. CV 11-06239 MMC

1

25373\3651826.1

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: April 24, 2013 | FARELLA BRAUN + MARTEL LLP |
| 3 | | |
| 4 | | By: _____/s/ Jeffrey M. Fisher_____<br>        Jeffrey M. Fisher |
| 5 | | Attorneys for Defendant<br>VOLTERRA SEMICONDUCTOR |
| 6 | | CORPORATION |
| 7 | | |
| 8 | Date: April 24, 2013 | BAKER BOTTS LLP |
| 9 | | |
| 10 | | By: _____/s/ David G. Wille_____<br>        David G. Wille |
| 11 | | |
| 12 | | Attorneys for Plaintiff<br>INFINEON TECHNOLOGIES A.G. |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIP RE MTN TO AMEND
Case No. CV 11-06239 MMC

2

25373\3651826.1

## ~~[Proposed]~~ Order

Pursuant to stipulation, it is hereby ordered that:

- The deadline for Plaintiff to re-file its Motion for Leave and for Volterra to re-file its Motion to Strike shall be no later than May 23, 2013;
- Any oppositions to these Motions shall be filed by no later than June 6, 2013, and any replies to the Motions shall be filed by no later than June 13, 2013.
- The Court shall set the motions for hearing on June 27, 2013 or at its earliest convenience following completion of the briefing.

IT IS SO ORDERED.

Date: April 25, 2013

_____
Hon. Donna M. Ryu
United States Magistrate Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIP RE MTN TO AMEND
Case No. CV 11-06239 MMC

3

25373\3651826.1