DAVID G. WILLE (*Pro Hac Vice*) (TX Bar No. 08945388)
JEFFERY D. BAXTER (*Pro Hac Vice*) (TX Bar No. 24006816)
AARON DAVIDSON (*Pro Hac Vice*) (TX Bar No. 24007080)
SAMIR A. BHAVSAR (*Pro Hac Vice*) (TX Bar No. 00798065)
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503
E-mail: david.wille@bakerbotts.com
E-mail: jeff.baxter@bakerbotts.com
E-mail: aaron.davidson@bakerbotts.com
E-mail: samir.bhavsar@bakerbotts.com

STEPHEN E. TAYLOR (SBN 058452)
JONATHAN A. PATCHEN (SBN 237346)
CHRISTOPHER A. WIMMER (SBN 263275)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jpatchen@tcolaw.com
E-mail: cwimmer@tcolaw.com

Attorneys for Plaintiff
INFINEON TECHNOLOGIES AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, a German corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. CV-11-6239 (MMC) (DMR)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF INFINEON'S MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Donna M. Ryu<br><br>Complaint Filed: January 21, 2010 |

| | |
|---|---|
| 1 | This matter comes before the Court on Infineon Technologies AG's Administrative Motion |
| 2 | to File Under Seal Exhibit B to the Declaraton of Jeffery D. Baxter in Support of Infineon's |
| 3 | Motion for Leave to Amend Infringement Contentions to List Additional Model Numbers. |
| 4 | Having considered Infineon's Administrative Motion to Seal, the Declaration of Jeffery D. Baxter |
| 5 | in Support of the Motion to File Under Seal, as well as the pleadings and materials lodged in this |
| 6 | matter, the Court finds good cause and GRANTS the request. |
| 7 | IT IS HEREBY ORDERED that Exhibit B to the Declaraton of Jeffery D. Baxter in |
| 8 | Support of Infineon's Motion for Leave to Amend Infringement Contentions to List Additional |
| 9 | Model Numbers, is properly sealable and should be sealed. |

IT IS SO ORDERED.

DATED: \_\_\_\_Lwpg"46."4235_____

HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

1.
[PROPOSED] SEALING ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. CV-11-06239 (MMC) (DMR)