1  James W. Morando (State Bar No. 087896)
   jmorando@fbm.com
2  Jeffrey M. Fisher (State Bar No. 155284)
   jfisher@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for Defendant
   VOLTERRA SEMICONDUCTOR
7  CORPORATION

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | INFINEON TECHNOLOGIES AG, a        | Case No. CV 11-06239 MMC (DMR)
   | German corporation,                |
13 |                                    | [~~PROPOSED~~] ORDER GRANTING
   |           Plaintiff,               | DEFENDANT VOLTERRA
14 |                                    | SEMICONDUCTOR CORPORATION'S
   |       vs.                          | ADMINISTRATIVE MOTION TO SEAL
15 |                                    | PORTIONS OF MOTION, THE
   | VOLTERRA SEMICONDUCTOR             | DECLARATION OF DAVID LIDSKY,
16 | CORPORATION, a Delaware corporation,| AND EXHIBITS B AND D--P TO THE
   |                                    | DECLARATION OF JEFFREY M. FISHER
17 |           Defendant.               | FILED IN SUPPORT OF DEFENDANT
   |                                    | VOLTERRA SEMICONDUCTOR
18 |                                    | CORPORATION'S MOTION TO STRIKE
   |                                    | INFINEON'S THIRD AMENDED
19 |                                    | INFRINGEMENT CONTENTIONS AND
   |                                    | TO CONTINUE STAY OF, OR LIMIT
20 |                                    | DISCOVERY

21                                      Dept.:  Oakland Courtroom 4, 3rd Floor
                                        Judge:  Honorable Donna M. Ryu
22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER TO SEAL
Case No. CV 11-06239 MMC (DMR)

25373\3680755.1

1  This matter comes before the Court on the Administrative Motion of Defendant Volterra Semiconductor Corporation to seal portions of Volterra's Renewed Motion To Strike Infineon's Third Amended Infringement Contentions And To Continue Stay Of, Or Limit Discovery, the supporting Declaration of David Lidsky, and Exhibits B and D - P to the supporting Declaration of Jeffrey M. Fisher.

Having considered Volterra's motion and supporting papers, as well as the pleadings and materials lodged in this matter, the Court finds good cause and GRANTS the motion to seal as follows.

IT IS HEREBY ORDERED that the following documents should be sealed:

• portions of Volterra's Renewed Motion To Strike Infineon's Third Amended Infringement Contentions And To Continue Stay Of, Or Limit Discovery;

• the supporting Declaration of David Lidsky; and

• Exhibits B, D, E, F, G, H, I, J, K, L, M, N, O and P to the supporting Declaration of Jeffrey M. Fisher.

IT IS SO ORDERED.

Dated: __Lwpg"46__, 2013

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER TO SEAL
Case No. CV 11-06239 MMC (DMR)

- 1 -

25373\3680755.1