James W. Morando (State Bar No. 087896)
jmorando@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
jfisher@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
VOLTERRA SEMICONDUCTOR
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, a German corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. CV 11-06239 MMC (DMR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT VOLTERRA SEMICONDUCTOR CORPORATION'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF OPPOSITION, AND EXHIBITS 1–10, 12 AND 18–22 TO THE DECLARATION OF JEFFREY M. FISHER FILED IN SUPPORT OF VOLTERRA'S OPPOSITION TO INFINEON'S MOTION TO AMEND INFRINGEMENT CONTENTIONS TO LIST ADDITIONAL MODEL NUMBERS<br><br>Dept.:   Oakland Courtroom 4, 3rd Floor<br>Judge:  Honorable Donna M. Ryu |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER TO SEAL
Case No. CV 11-06239 MMC (DMR)

25373\3703533.2

1    This matter comes before the Court on the Administrative Motion of Defendant Volterra Semiconductor Corporation to seal portions of Volterra's Opposition to Infineon Technologies AG's Motion for Leave to Amend Infringement Contentions to List Additional Model Numbers and Exhibits 1–10, 12, and 18–22 to the supporting Declaration of Jeffrey M. Fisher.

Having considered Volterra's motion and supporting papers, as well as the pleadings and materials lodged in this matter, the Court finds good cause and GRANTS the motion to seal as follows.

IT IS HEREBY ORDERED that the following documents shall be sealed:

•   Portions of Volterra's Opposition to Infineon's Motion for Leave to Amend Infringement Contentions to List Additional Model Numbers; and

•   Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 18, 19, 20, 21 and 22 to the supporting Declaration of Jeffrey M. Fisher.

IT IS SO ORDERED.

Dated: _____Lxpg'46_, 2013

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER TO SEAL
Case No. CV 11-06239 MMC (DMR)

- 1 -

25373\3703533.2