1  James W. Morando (State Bar No. 087896)
   jmorando@fbm.com
2  Jeffrey M. Fisher (State Bar No. 155284)
   jfisher@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for Defendant
   VOLTERRA SEMICONDUCTOR
7  CORPORATION

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | INFINEON TECHNOLOGIES AG, a | Case No. CV 11-06239 MMC (DMR)
   | German corporation,
13 |                              | [PROPOSED] ORDER GRANTING
   |                              | DEFENDANT VOLTERRA
14 |         Plaintiff,           | SEMICONDUCTOR CORPORATION'S
   |                              | ADMINISTRATIVE MOTION TO SEAL
15 |     vs.                      | PORTIONS OF ITS REPLY AND THE
   |                              | REPLY DECLARATION OF DAVID
16 | VOLTERRA SEMICONDUCTOR       | LIDSKY, FILED IN SUPPORT OF
   | CORPORATION, a Delaware corporation, | DEFENDANT VOLTERRA
17 |                              | SEMICONDUCTOR CORPORATION'S
   |         Defendant.           | MOTION TO STRIKE INFINEON'S
18 |                              | THIRD AMENDED INFRINGEMENT
   |                              | CONTENTIONS AND TO CONTINUE
19 |                              | STAY OF, OR LIMIT DISCOVERY

20                                  Dept.:  Oakland Courtroom 4, 3rd Floor
                                    Judge:  Honorable Donna M. Ryu
21

[PROPOSED] ORDER TO SEAL
Case No. CV 11-06239 MMC (DMR)

25373\3710724.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

1   This matter comes before the Court on the Administrative Motion of Defendant Volterra
2   Semiconductor Corporation ("Volterra") to seal portions of its Reply In Support Of Its Renewed
3   Motion To Strike Infineon's Third Amended Infringement Contentions And To Continue Stay Of,
4   Or Limit Discovery, and the supporting Reply Declaration of David Lidsky.

5   Having considered Volterra's motion and supporting papers, as well as the pleadings and
6   materials lodged in this matter, the Court finds good cause and GRANTS the motion to seal as
7   follows.

8   IT IS HEREBY ORDERED that the following documents shall be sealed:

9   • portions of Volterra's Reply In Support Of Its Renewed Motion To Strike
10  Infineon's Third Amended Infringement Contentions And To Continue Stay Of, Or Limit
11  Discovery

12  • the supporting Reply Declaration of David Lidsky.

13  IT IS SO ORDERED.

15  Dated: ____Lwpg'46____, 2013

17  _____
    HONORABLE DONNA M. RYU
18  United States Magistrate Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER TO SEAL
Case No. CV 11-06239 MMC (DMR)
- 1 -
25373\3710724.1