IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, | No. 11-6239 MMC |
| Plaintiff | **ORDER DENYING PLAINTIFF'S APRIL 10, 2014 ADMINISTRATIVE MOTION TO SEAL; DIRECTIONS TO PLAINTIFF** |
| v. | |
| VOLTERRA SEMICONDUCTOR CORPORATION, | |
| Defendant | |

     Before the Court is plaintiff's "Administrative Motion to Seal Portion of Plaintiff Infineon's Opening Claim Construction Brief and Exhibits 2-3, 9, and 16 in Support Thereof," filed April 10, 2014, by which plaintiff seeks to file under seal the material described therein, on the ground defendant has designated the material confidential. Having read and considered plaintiff's administrative request, the Court rules as follows.

     Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order. See Civil L.R. 79-5(d)-(e). "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration . . . establishing that all of the designated information is sealable." Id. at 79-5(e)(1). "If the Designating Party does not file a responsive declaration as required by subsection 79-

5(e)(1) and the Administrative Motion to File Under Seal is denied, the Submitting Party may file the document in the public record no earlier than 4 days, and no later than 10 days, after the motion is denied." Id. at 79-5(e)(2).

To date, the designating party has not filed a responsive declaration to the above-referenced motion.

Accordingly, plaintiff's motion to file under seal is hereby DENIED, and plaintiff is hereby DIRECTED to file in the public record, no earlier than April 25 and no later than May 1, 2014, an unredacted version of its Opening Claim Construction Brief, as well as Exhibits 2, 3, 9, and 16 submitted in support thereof.

**IT IS SO ORDERED.**

Dated: April 21, 2014

MAXINE M. CHESNEY
United States District Judge