| | |
|---|---|
| EDWARD R. REINES (Bar No. 135960)<br>edward.reines@weil.com<br>SONAL N. MEHTA (Bar No. 222086)<br>sonal.mehta@weil.com<br>ANNE CAPPELLA (Bar No. 181402)<br>anne.cappella@weil.com<br>JUSTIN M. LEE (Bar No. 268310)<br>justin.m.lee@weil.com<br>BLAKE R. DAVIS (Bar No. 294360)<br>blake.davis@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br><br>Attorneys for Defendant<br>Volterra Semiconductor Corporation | DAVID G. WILLE (Pro Hac Vice) (TX Bar No. 08945388)<br>JEFFERY D. BAXTER (Pro Hac Vice) (TX Bar No. 24006816)<br>AARON DAVIDSON (Pro Hac Vice) (TX Bar No. 24007080)<br>SAMIR A. BHAVSAR (Pro Hac Vice) (TX Bar No. 00798065)<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, TX 75201<br>Telephone: (214) 953-6791<br>Facsimile: (214) 661-4791<br>E-mail: david.wille@bakerbotts.com<br>E-mail: jeff.baxter@bakerbotts.com<br>E-mail: aaron.davidson@bakerbotts.com<br>E-mail: samir.bhavsar@bakerbotts.com<br><br>STEPHEN E. TAYLOR (SBN 058452)<br>JONATHAN A. PATCHEN (SBN 237346)<br>CHRISTOPHER A. WIMMER (SBN 263275)<br>TAYLOR & COMPANY LAW OFFICES, LLP<br>One Ferry Building, Suite 355<br>San Francisco, California 94111<br>Telephone: (415) 788-8200<br>Facsimile: (415) 788-8208<br>E-mail: staylor@tcolaw.com<br>E-mail: jpatchen@tcolaw.com<br>E-mail: cwimmer@tcolaw.com<br><br>Attorneys for Plaintiff Infineon Technologies AG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES AG,<br><br>    Plaintiff,<br><br>    vs.<br><br>VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>    Defendant. | Case No. CV-11-6239 (MMC) (DMR)<br><br>**[PROPOSED]** ORDER REGARDING VOLTERRA'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO SEAL PORTIONS OF INFINEON TECHNOLOGIES AG'S OPENING CLAIM CONSTRUCTION BRIEF<br><br><br>Hon. Maxine M. Chesney |

Having considered Volterra Semiconductor Corporation's ("Volterra's") Motion For Administrative Relief To Seal Portions Of Infineon Technologies Ag's Opening Claim Construction Brief, the Declaration of Justin M. Lee in Support of Volterra's Motion for Administrative Relief, and all other matters deemed appropriate by the Court:

IT IS HEREBY ORDERED that portions of Plaintiff Infineon's Opening Claim Construction Brief and Exhibits 2, 3, and 16 filed in support thereof are properly sealable and shall remain under seal as stated below:

| Document | Portion |
|---|---|
| Infineon's Opening Claim Construction Brief | 17:2-3 |
| Declaration of Jeffery D. Baxter (Dkt. No. 301) | Exhibit 2, lines 17-24 of page 33 |
| | Exhibit 3, line 23 of page 26 through line 4 of page 27 |
| | Exhibit 16 |

Date: April 25, 2014

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge