| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

INFINEON TECHNOLOGIES AG,

Plaintiff(s),

v.

VOLTERRA SEMICONDUCTOR

Defendant(s).

Case No: CV-11-06239 (M

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Brian D. Johnston, an active member in good standing of the bar of State of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Infineon Technologies AG in the above-entitled action. My local co-counsel in this case is Stephen E. Taylor, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
2001 Ross Avenue
Dallas, TX  75201

MY TELEPHONE # OF RECORD:
(214) 953-6500

MY EMAIL ADDRESS OF RECORD:
brian.johnston@bakerbotts.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
One Ferry Building, Suite 355
San Francisco, CA  94111

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 788-8200

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
staylor@tcolaw.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24080965.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/07/14

Brian D. Johnston
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Brian D. Johnston is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 9, 2014

UNITED STATES DISTRICT/MAGISTRATE JUDGE