1  DAVID G. WILLE (Pro Hac Vice) (TX Bar No. 08945388)
   JEFFERY D. BAXTER (Pro Hac Vice) (TX Bar No. 24006816)
2  AARON DAVIDSON (Pro Hac Vice) (TX Bar No. 24007080)
   SAMIR A. BHAVSAR (Pro Hac Vice) (TX Bar No. 00798065)
3  BAKER BOTTS L.L.P.
   2001 Ross Avenue
4  Dallas, Texas 75201
   Telephone: (214) 953-6500
5  Facsimile:  (214) 953-6503
   E-mail: david.wille@bakerbotts.com
6  E-mail: jeff.baxter@bakerbotts.com
   E-mail: aaron.davidson@bakerbotts.com
7  E-mail: samir.bhavsar@bakerbotts.com

8  STEPHEN E. TAYLOR (SBN 058452)
   JONATHAN A. PATCHEN (SBN 237346)
9  CHRISTOPHER A. WIMMER (SBN 263275)
   TAYLOR & COMPANY LAW OFFICES, LLP
10 One Ferry Building, Suite 355
   San Francisco, California 94111
11 Telephone: (415) 788-8200
   Facsimile:  (415) 788-8208
12 E-mail: staylor@tcolaw.com
   E-mail: jpatchen@tcolaw.com
13 E-mail: cwimmer@tcolaw.com

14 Attorneys for Plaintiff
   INFINEON TECHNOLOGIES AG

15

16                         UNITED STATES DISTRICT COURT

17                       NORTHERN DISTRICT OF CALIFORNIA

18                              SAN FRANCISCO DIVISION

19

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, a German corporation, | Case No.: Case No. CV-11-06239 (MMC) (DMR) |
| Plaintiff, | **[PROPOSED]** **ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFF INFINEON'S REPLY CLAIM CONSTRUCTION BRIEF** |
| vs. | |
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation, | Date:  May 19, 2014<br>Time:  9:00 AM<br>Dept.: Courtroom 7 - 19th Floor |
| Defendant. | Judge:   Honorable Maxine M. Chesney |

1

PROPOSED ORDER: CASE NO.: CV-11-06239 (MMC)(DMR)

Having considered Infineon Technology AG's ("Infineon") Administrative Motion to File Under Seal Portions of Plaintiff Infineon's Reply Claim Construction Brief ("Motion to File Under Seal"), the Declaration of Jeffery D. Baxter in Support of Plaintiff's Motion to File Under Seal, and additional declarations submitted by the Designating Party in support of the Motion, and all other matters deemed to be appropriate by the Court, and good cause appearing therefor:

IT IS HEREBY ORDERED that Portions of Plaintiff Infineon's Reply Claim Construction Brief shall be redacted as indicated or filed under seal as set forth below:

IT IS FURTHER ORDERED that the following portion of Plaintiff Infineon's Reply Claim Construction Brief are properly sealable and shall remain under seal:

| Document | Portions |
| --- | --- |
| Infineon's Reply Claim Construction Brief | 12:8-11; 12:14-15; 12:18 |

Dated: __May 15, 2014__        By: _____
HONORABLE MAXINE M. CHESNEY
United States District Judge