EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
SONAL N. MEHTA (Bar No. 222086)
sonal.mehta@weil.com
ANNE CAPPELLA (Bar No. 181402)
anne.cappella@weil.com
JUSTIN M. LEE (Bar No. 268310)
justin.m.lee@weil.com
BLAKE R. DAVIS (Bar No. 294360)
blake.davis@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant
Volterra Semiconductor Corporation

DAVID G. WILLE (Pro Hac Vice) (TX Bar No. 08945388)
JEFFERY D. BAXTER (Pro Hac Vice) (TX Bar No. 24006816)
AARON DAVIDSON (Pro Hac Vice) (TX Bar No. 24007080)
SAMIR A. BHAVSAR (Pro Hac Vice) (TX Bar No. 00798065)
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201
Telephone: (214) 953-6791
Facsimile: (214) 661-4791
E-mail: david.wille@bakerbotts.com
E-mail: jeff.baxter@bakerbotts.com
E-mail: aaron.davidson@bakerbotts.com
E-mail: samir.bhavsar@bakerbotts.com

STEPHEN E. TAYLOR (SBN 058452)
JONATHAN A. PATCHEN (SBN 237346)
CHRISTOPHER A. WIMMER (SBN 263275)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jpatchen@tcolaw.com
E-mail: cwimmer@tcolaw.com

Attorneys for Plaintiff Infineon Technologies AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES AG,<br><br>Plaintiff,<br><br>v.<br><br>VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>Defendant. | Case No. CV-11-06239 MMC (DMR)<br><br>**[PROPOSED] ORDER GRANTING JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN EQUIPMENT AND MATERIALS FOR PURPOSES OF A CLAIM CONSTRUCTION HEARING**<br><br>Hon. Maxine M. Chesney |

IT IS HEREBY ORDERED:

(1) At 2:00 p.m. or anytime thereafter on May 16, 2014 Plaintiff Infineon Technologies AG and Defendant Volterra Semiconductor Corporation, by and through its counsel of record, may bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in the courtroom of the Honorable Maxine M. Chesney certain electronic equipment and other materials for use at a Claim Construction Hearing set for May 19, 2014.

(2) At 8:00 a.m. or anytime thereafter on May 19, 2014 Plaintiff Infineon Technologies AG and Defendant Volterra Semiconductor Corporation, by and through its counsel of record, may bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in the courtroom of the Honorable Maxine M. Chesney certain electronic equipment and other materials for use at a Claim Construction Hearing set for May 19, 2014.

The equipment and materials to be brought into the courthouse may include laptop computers, monitors, video splitters, cables and adapters, power strips, extension cords, wireless mice and laser pointers. Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and to take such steps as reasonably necessary to facilitate the foregoing activity.

IT IS SO ORDERED.

Dated: __May 15__, 2014         _____
                                UNITED STATES DISTRICT JUDGE