DAVID G. WILLE (*Pro Hac Vice*) (TX Bar No. 08945388)
JEFFERY D. BAXTER (*Pro Hac Vice*) (TX Bar No. 24006816)
AARON DAVIDSON (*Pro Hac Vice*) (TX Bar No. 24007080)
SAMIR A. BHAVSAR (*Pro Hac Vice*) (TX Bar No. 00798065)
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503
E-mail: david.wille@bakerbotts.com
E-mail: jeff.baxter@bakerbotts.com
E-mail: aaron.davidson@bakerbotts.com
E-mail: samir.bhavsar@bakerbotts.com

STEPHEN E. TAYLOR (SBN 058452)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jpatchen@tcolaw.com

Attorneys for Plaintiff
INFINEON TECHNOLOGIES AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES AG,<br><br>        Plaintiff,<br><br>    vs.<br><br>VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>        Defendant. | Case No. CV-11-6239 (MMC) (DMR)<br><br>**INFINEON'S NOTICE OF WITHDRAWAL OF MOTION TO DISCLOSE CONFIDENTIAL INFORMATION TO ITS APPOINTED EXPERT**<br><br>**(CIVIL LOCAL RULE 7.7(e))**<br><br>Complaint Filed:  January 21, 2010<br>Trial Date:           November 30, 2015<br>Judge:                 Hon. Donna M. Ryu |

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL, PLEASE TAKE NOTICE
2  that, pursuant to Civil Local Rule 7-7(e), Plaintiff Infineon Technologies AG hereby withdraws its
3  Motion to Disclose Confidential Information to Its Appointed Expert, filed August 26, 2014 (ECF
4  331) ("the Motion"). Infineon filed the Motion seeking relief pursuant to Section 7.4 of the
5  Stipulated Protective Order (ECF 104), because Volterra objected to the disclosure of its
6  confidential information to Infineon's appointed expert on damages, Mr. Brian Napper. Volterra
7  has since withdrawn its objections to Mr. Napper's receipt of such confidential information. As a
8  result, Infineon now gives notice that it is withdrawing the pending Motion.

Dated: August 28, 2014                    Respectfully submitted,

                                          TAYLOR & COMPANY LAW OFFICES, LLP


                                          By:    */s/ Jonathan A. Patchen*
                                                   Jonathan A. Patchen
                                          Attorneys for Plaintiff
                                          INFINEON TECHNOLOGIES AG

1.
INFINEON'S NOTICE OF WITHDRAWAL OF MOTION TO DISCLOSE CONFIDENTIAL INFORMATION
CASE NO. CV-11-06239 (MMC) (DMR)