IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINEON TECHNOLOGIES, AG,<br><br>    Plaintiff<br>  v.<br><br>VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 11-6239 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE RYU PARTIES' STIPULATION AND PROPOSED ORDER IMPOSING RESTRICTIONS TO THE DISCLOSURE OF CONFIDENTIAL INFORMATION** |

    Pursuant to Civil Local Rule 72-1, the "Stipulation and [Proposed] Order Imposing Restrictions to the Disclosure of Confidential Information," filed October 3, 2014, is hereby REFERRED to Magistrate Judge Donna Ryu, to whom all discovery matters previously were referred and before whom the motion potentially resolved by said stipulation is pending.

    **IT IS SO ORDERED**.

Dated: October 3, 2014

                                                          MAXINE M. CHESNEY<br>                                                          United States District Judge