UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, a German corporation,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　vs.<br><br>VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>　　　　Defendant and Counterclaimant. | Case No. CV-11-6239 (MMC) (DMR)<br><br>**ORDER TO DISMISS**<br><br>Complaint Filed: January 21, 2010<br>Trial Date: November 30, 2015<br>Judge: Hon. Maxine M. Chesney |

## ORDER TO DISMISS

Plaintiff Infineon Technologies AG ("Infineon") and Defendants Volterra Semiconductor Corporation and Volterra Asia PTE. Ltd. (collectively "Volterra") filed a Joint Motion to Dismiss. The motion is GRANTED.

It is therefore ORDERED that all claims regarding U.S. Patent No. 5,945,730 (including the claims that Infineon brought against Volterra and all counterclaims that Volterra brought against Infineon) are dismissed without prejudice.

It is therefore ORDERED that all claims regarding U.S. Patent Nos. 5,402,017; 6,621,343; and 7,095,281 (including the claims that Infineon brought against Volterra and all counterclaims that Volterra brought against Infineon) are dismissed with prejudice.

IT IS SO ORDERED.

DATED:  December 1, 2014

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

---

ORDER TO DISMISS: CASE NO. CV-11-06239 (MMC) (DMR)